UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                          Case No. 22-30424
                                            Originating No. 22cr00020

**SAMUEL B. HARRIS,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **SAMUEL B. HARRIS,** to answer to charges pending in another federal district, and states:

    1. On **October 3, 2022,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Tennessee based on a petition**. Defendant is charged in that district with violations of **Pretrial Release.**

    2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                Respectfully submitted,

                DAWN N. ISON
                United States Attorney

                *s/Sarah Youngblood*
                SARAH YOUNGBLOOD
                Assistant U.S. Attorney
                211 W. Fort Street, Suite 2001
                Detroit, MI 48226
                (313) 226-9100

Dated: October 4, 2022